UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


FILED
APR 2 5 2013
CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

In re:

JOSE ANTHONY GARCIA,   Chapter 13
                       Case No.: 6:07-bk-04446-CCJ

    Debtor.
_____/

ORDER DENYING MOTION FOR PAYMENT OF UNCLAIMED FUNDS

This case came before the Court for consideration of the Motion for Payment of Unclaimed Funds filed by Dilks & Knopik, LLC on behalf of The Law Offices of Jeffrey J. Needle, P.A. on March 8, 2013 (Doc. No. 41; the "Motion"). The Motion fails to fulfill the requirements of 28 U.S.C. §2042 and the financial guidelines for the U.S. Bankruptcy Court, Middle District of Florida as follows:

☐   Lack of proof of service upon the United States Attorney, Attn: Civil Process Clerk, 400 N. Tampa Street, Suite 3200, Tampa, Florida 33602.

☐   The last four digits of the Social Security Number or Employer Identification Number were not provided.

☐   The individual claimant has failed to provide proof of identity by way of a copy of the claimant's driver's license.

☐   The claimant has failed to provide the name, address and telephone number and explain the right to the unclaimed funds.

☐   The funds locator has failed to provide evidence of proper authority to obtain funds.

☐ The motion was filed electronically. Motions for payment of unclaimed funds must be filed manually with the Court and must contain the required original signatures.

☒ There is no record of funds deposited for the claimant. The claimant cannot be identified and it cannot be determined if the claimant is entitled to the funds.

☐ An order was entered on (date) that disbursed the funds to (claimant).

Accordingly, the Motion is denied.

Done and ordered in Orlando, Florida this 25th day of April, 2013.

_____
CYNTHIA C. JACKSON
United States Bankruptcy Judge

Copies to:
Claimant
Financial Administrator
United States Attorney, Attn: Civil Process Clerk, 400 N. Tampa Street, Tampa, FL 33602