**[6nhrg]** [NOTICE OF HEARING]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                                          Case No. 6:07−bk−04446−CCJ
                                                                                                Chapter 13
Jose Anthony Garcia
aka Tony Garcia
aka Jose A Garcia
619 Lake Ned Road
Winter Haven, FL 33884


_____Debtor(s)_____/


NOTICE OF PRELIMINARY HEARING

   NOTICE IS HEREBY GIVEN that a preliminary hearing in this case will be held on August 21, 2013 at 02:00 PM in Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801to consider and act upon the following and transact such other business that may come before the court:

   Second Motion for Payment of Unclaimed Funds i/a/o $9614.78 for The Law Offices of Jeffrey J. Needle, PA. (Document No. 48)


   Appropriate Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

   Avoid delays at Courthouse security checkpoints. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

**\*\*\* NOTICE REGARDING EXHIBITS FOR EVIDENTIARY HEARINGS \*\*\***

In accordance with Local Rule 9070−1, all exhibits must be pre−marked. A list of exhibits must also be filed, listing pertinent information in the manner described in subsection (d) of this rule.

All parties intending to file exhibits are hereby notified that if such exhibits and discovery materials are not removed within **thirty (30) days** after an order or judgment concluding this matter has been entered, including the entry of an order determining any post−judgment motions, provided that no appeal is pending or has been taken, the Clerk will destroy exhibits without further notice. Parties should contact the Clerk to make arrangements to reclaim exhibits during the 30−day limit set herein.


DATED on July 12, 2013 .

        FOR THE COURT

        Lee Ann Bennett, Clerk of Court

        George C. Young Federal Courthouse
        400 West Washington Street
        Suite 5100
        Orlando, FL 32801