United States Bankruptcy Court
Middle District of Florida

In re:  
Jose Anthony Garcia  
    Debtor

Case No. 07-04446-CCJ  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 113A-6     User: vivianne     Page 1 of 2     Date Rcvd: Jul 12, 2013  
                     Form ID: 6nhrg     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2013.
```
db         +Jose Anthony Garcia,    619 Lake Ned Road,    Winter Haven, FL 33884-2571
           +Law Offices of Jeffrey J. Needle, PA,    Jeffrey J Needle PA,    5300 NW 33rd Avenue,
             Fort Lauderdale, FL 33309-6380
           +US Attorney,    Attn Civil Procedures Clerk,    400 N Tampa Street,    Suite 3200,
             Tampa, FL 33602-4774
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
           +E-mail/Text: ustpregion21.tp.ecf@usdoj.gov Jul 12 2013 23:20:29      US Trustee,
             501 E Polk Street,    Suite 1200,    Tampa, FL 33602-3945
                                                                                              TOTAL: 1
```

                 ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 14, 2013**                        **Signature:** _/s/ Joseph Speetjens_

```
District/off: 113A-6            User: vivianne              Page 2 of 2              Date Rcvd: Jul 12, 2013
                                Form ID: 6nhrg              Total Noticed: 4
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2013 at the address(es) listed below:

          Astrid M Vellon   on behalf of Debtor Jose Anthony Garcia astridvellon@aol.com, astridvellon@aol.com
          Becket & Lee LLP   on behalf of Creditor   eCAST Settlement Corporation notices@becket-lee.com
          Laurie K Weatherford   ecfdailysummary@c13orl.com,  ecfdailysummarybackup@c13orl.com
                                                                                                         TOTAL: 3

**[6nhrg]** [NOTICE OF HEARING]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                       Case No. 6:07−bk−04446−CCJ
                                                                             Chapter 13
Jose Anthony Garcia
aka Tony Garcia
aka Jose A Garcia
619 Lake Ned Road
Winter Haven, FL 33884



_____Debtor(s)_____/


NOTICE OF PRELIMINARY HEARING

   NOTICE IS HEREBY GIVEN that a preliminary hearing in this case will be held on August 21, 2013 at 02:00 PM in Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801to consider and act upon the following and transact such other business that may come before the court:

   Second Motion for Payment of Unclaimed Funds i/a/o $9614.78 for The Law Offices of Jeffrey J. Needle, PA. (Document No. 48)


   Appropriate Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

   Avoid delays at Courthouse security checkpoints. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

**\*\*\* NOTICE REGARDING EXHIBITS FOR EVIDENTIARY HEARINGS \*\*\***

In accordance with Local Rule 9070−1, all exhibits must be pre−marked. A list of exhibits must also be filed, listing pertinent information in the manner described in subsection (d) of this rule.

All parties intending to file exhibits are hereby notified that if such exhibits and discovery materials are not removed within **thirty (30) days** after an order or judgment concluding this matter has been entered, including the entry of an order determining any post−judgment motions, provided that no appeal is pending or has been taken, the Clerk will destroy exhibits without further notice. Parties should contact the Clerk to make arrangements to reclaim exhibits during the 30−day limit set herein.

DATED on July 12, 2013 .

FOR THE COURT
Lee Ann Bennett, Clerk of Court

George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801