[8unclfgr] [Unclaimed Funds Order]

**FILED**
AUG 09 2013
CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                 Case No. 6:07-bk-04446-CCJ
                                                                       Chapter 13

Jose Anthony Garcia
aka Tony Garcia
aka Jose A Garcia
619 Lake Ned Road
Winter Haven, FL 33884

_____ Debtor* _____/

ORDER GRANTING MOTION FOR
PAYMENT OF UNCLAIMED FUNDS

   THIS CASE came on for consideration, without a hearing, upon the Motion for Payment of Unclaimed Funds ("Motion"). The Motion was filed on July 16, 2013 by Dilks & Knopik, LLC on behalf of Bankruptcy Estate of Sunbridge Capital Inc. The Court having reviewed the record and being advised by the Financial Administrator finds that the sum of $ 3,316.83 has been deposited in the Registry of the Court and that the Motion should be granted. Accordingly, it is

   ORDERED that the Motion for Payment of Unclaimed Funds filed by Dilks & Knopik, LLC on behalf of Bankruptcy Estate of Sunbridge Capital Inc is granted. The Clerk of Court for the United States Bankruptcy Court shall pay the unclaimed funds in the amount of $ 3,316.83 to the order of:

Bankruptcy Estate of Sunbridge Capital Inc
c/o Dilks & Knopik LLC
35308 SE Center St
Snoqualmie, WA 98065

   **DONE AND ORDERED** in Chambers at Orlando, Florida on ___8/9/13___.

_____
Cynthia C. Jackson
United States Bankruptcy Judge

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.

Original to Financial Administrator