

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

08/21/2013 02:00 PM

COURTROOM   6D, 6th Floor

HONORABLE CYNTHIA JACKSON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:07-bk-04446-CCJ | 13 | 09/21/2007 |

Chapter 13

**DEBTOR:**          Jose Garcia

**DEBTOR ATTY:**  Astrid Vellon

**TRUSTEE:**         Laurie Weatherford

**HEARING:**

Second Motion for Payment of Unclaimed Funds i/a/o $9614.78 for The Law Offices of Jeffrey J. Needle, PA. (Doc #48)
         Note: Claim was filed with incorrect name so we cannot release the funds.

**APPEARANCES::**
Laurie Weatherford: Trustee

**RULING:**
Second Motion for Payment of Unclaimed Funds i/a/o $9614.78 for The Law Offices of Jeffrey J. Needle, PA. (Doc #48) - Granted: Order by Trustee.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.