UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:07-bk-04446-CCJ

In re:

JOSE ANTHONY GARCIA,

    Debtor.

_____/

## ORDER GRANTING MOTION FOR PAYMENT OF UNCLAIMED FUNDS

THIS CASE came on for hearing on August 21, 2013 upon motion by The Law Offices of Jeffrey J. Needle, PA for payment of unclaimed funds (Document No.48). The Court after reviewing the record and being otherwise advised in the premises finds that it is

ORDERED AND ADJUDGED, as follows:

1. The motion is granted.

2. The clerk of the court shall pay the sum of $9,614.78 to The Law Offices of Jeffrey J. Needle, PA, c/o Dilks & Knopik, LLC, 35308 SE Center Street, Snoqualmie, WA 98065.

DONE AND ORDERED on September 27, 2013.

CYNTHIA C. JACKSON
United States Bankruptcy Judge

Copies to:
Laurie K. Weatherford, Chapter 13 Trustee, is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of the entry of the order.